# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARPEAH RUDOLPH NYENEKOR,** | : | CIVIL ACTION NO. 1:17-CV-340 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **VICTOR FLOURNOY, WARDEN,** | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 20th day of December, 2018, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice.

2. The Clerk of Court is directed to CLOSE this case.

          /S/ CHRISTOPHER C. CONNER
     Christopher C. Conner, Chief Judge
     United States District Court
     Middle District of Pennsylvania